IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

In re:                                  *    BANKRUPTCY CASE
                                        *    NO. 11-70219
Thomas Armes                            *    CHAPTER 13
Nancy Armes                             *    PROCEEDING

## MOTION FOR MODIFICATION OF PLAN BEFORE CONFIRMATION

The debtor(s), under the authority of Section 1323 of the Bankruptcy Code, files this Motion for Modification of Plan and respectfully shows:

1.

Debtor(s) withdraw his/her/their Chapter 13 Plan previously filed and substitutes a new Plan to pay $132.00 per month. A copy of the Debtors Plan is attached and the Debtor(s) propose to modify his/her/their Plan as shown.

2.

After notice and opportunity for objections, the plan as modified should become the Debtors Plan.

**WHEREFORE**, the Debtor(s) pray that his/her/their Motion for Modification of Plan be approved.

/s/ Orson Woodall
Orson Woodall
Attorney for Debtor(s)

1003 N. Patterson St.
P.O. Box 3335
Valdosta, GA 31604-3335
(229) 247-1211
Georgia Bar No. 775040

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

IN RE: : CHAPTER 13
:
**Thomas Armes** : CASE NO. 11-70219
**Nancy Armes**  **MODIFIED CHAPTER 13 PLAN**

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee and the debtor(s) (or the debtor'(s)(s') employer) shall pay to the trustee the sum of::  **$132.00** a month.

2. From the payments so received, the trustee shall make disbursements as follows:

(a) The Trustee percentage fee as set by the United States Trustee.

(b) The monthly payments will be made on the following long-term debts: (Payments which become due after the filing of the petition but before the first payment designated here will be added to the pre-petition arrearage claim.)

| NAME OF CREDITOR | PAYMENT AMOUNT | MONTH OF FIRST PAYMENT UNDER PLAN |
|---|---|---|
| | | |

8) Preconfirmation adequate protection payments will be made to the following secured creditors and holders of executory contracts after the filing of a proof of claim by the creditor. These payments will be applied to reduce the principal of the claim.

| NAME OF CREDITOR | MONTHLY ADEQUATE PROTECTION PAYMENT AMOUNT |
|---|---|
| | |

(d) Attorney fees ordered pursuant to 11 U.S.C. ' 507(a)(2) of $3,000.00 to be paid per the Distribution Schedule on the Administrative Order on the Attorney fees dated February 1, 2011.

(e) After confirmation of the plan, the secured creditors with allowed claims will be paid as follows:

| NAME OF CREDITOR | ESTIMATED AMOUNT DUE | VALUE | INT. RATE | COLLATERAL | TO BE PAID |
|---|---|---|---|---|---|
| Chase Home Finance | 1,820.24 | | | (Mortgage Arrears To Be Pd. Back @ 6.5% Over 60 Mos.) | 35.62 |

(f) The following collateral is surrendered to the creditor:

| NAME OF CREDITOR | DESCRIPTION OF COLLATERAL |
|---|---|
| American General | Surrender Hot Tub In Full Satisfaction Of Debt |

(g) The following domestic support obligations will be paid over the life of the plan as follows: (These payments will/will not be made simultaneously with payment of the secured debt and will/will not include interest at the rate of _____%. Interest can only be included if the plan is proposing to pay all claims in full.)

| NAME OF CREDITOR | DESCRIPTION OF COLLATERAL |
|---|---|
| | |

(h) The following unsecured claims are classified to be paid at 100%. These payments will/will not be made simultaneously with payment of the unsecured debt:

(I) All other 11 U.S.C. ' 507 priority claims, unless already listed under 2(g), will be paid in full over the life of the plan as funds become available in the order specified by law.

Lowndes County Tax Commissioner- $459.46- Property Taxes To Be Pd. Back Over 60 Mos-    7.66

(j) The debtor(s) will be the disbursing agent on the following debts:

Chase Home Finance- $910.12- Mortgage To Be Pd. Direct Starting March, 2011
HSBC- To Be Pd. Direct By Co-Debtor

(k) Special Provisions:
Upon completion of the plan payments, all non-purchase money, non-possessory liens and/or judicial/statutory liens in favor of the following creditors will be avoided pursuant to 11U.S.C. 522(f), and upon notice of discharge, the creditors shall cancel said lien(s) of record within 15 days of such notice.  American General

(l) General unsecured creditors whose claims are duly proven and allowed will be paid as follows:

$71.71 will be assigned to costs and unsecured creditors.

$0.00 dividend will be paid to unclassified creditors.

The term of the plan is approximately 5 years and 0 months.

Date _March 16-11_____        ___*signature*_____
                                                   Debtor 1

                                               ___*signature*_____
                                                   Debtor 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

In re:                                                    *
Thomas Armes                           *    Chapter 13
Nancy Armes                            *    Case No. 11-70219
Debtors                                   *

### NOTICE OF SCHEDULED CONFIRMATION HEARING

       The Debtor(s) in the above captioned case having filed an application with the Court for a Motion for Modification Before Confirmation.

<u>YOUR RIGHTS MAY BE AFFECTED.</u> YOU SHOULD READ THESES PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)

If you do not want the court to Modify this Plan, or if you want the Court to consider your views on the Application, then you or your attorney must file with the Court a written request for a hearing on or before April 11th, 2011, addressed to the United States Bankruptcy Court, P.O. Box 2147, Columbus, GA 31902, (706) 649-7837 and must serve a copy of said objection upon the attorney for the Debtor(s), and a copy upon the Trustee.

If you mail your request to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

Any request for a hearing must also be mailed to the moving party and upon all other persons indicated on the certificate of service attached to this pleading.

If you or your Attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief.


       Please take notice that the above-named Debtors Confirmation Hearing has been scheduled for at May 3rd, 2011, at 12:00 p.m. in the U.S. Courthouse and Post Office Building, N. Patterson Street Valdosta, GA.

### CERTIFICATE OF SERVICE

       I certify that I have, this 22nd day of March, 2011, served a copy of the foregoing **Modified Chapter 13 Plan & Motion for Modification of Plan Before Confirmation, Notice of Scheduled Confirmation Hearing** on Chapter 13 Trustee Kristin Hurst P.O. Box 1907 Columbus, GA 31902 and on each and every creditor listed on the attached Mailing Matrix, by depositing the same in the U.S. Mail, in a properly addressed envelope, with sufficient postage affixed thereon to ensure delivery.

                                                                                                  /s/ Orson Woodall
                                                                                                  Orson Woodall
                                                                                                  Attorney for Debtor(s)

1003 N. Patterson St.
P.O. Box 3335
Valdosta, GA 31604-3335
(229) 247-1211
Georgia Bar No. 775040

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113G-7<br>Case 11-70219<br>Middle District of Georgia<br>Valdosta<br>Tue Mar 22 10:19:02 EDT 2011 | 7<br>901 Front Avenue<br>P.O. Box 2147<br>Columbus, GA 31902-2147 | AT&T formerly Bell South<br>Regional Bankruptcy Center<br>12DD1-301 W. Bay St.<br>Jacksonville, FL 32202 |
| American General<br>2910 N. Ashley Street<br>Ste 1<br>Valdosta, GA 31602-1746 | CBV Collections, Inc.<br>P.O. Box 867<br>700 N. Toombs St.<br>Valdosta, GA 31601-4533 | Capital One<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 |
| Chase Home Finance<br>3415 Vision Drive<br>Columbus, OH 43219-6009 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Card<br>P.O. Box 71084<br>Charlotte, NC 28272-1084 |
| HSBC/ Best Buy<br>P.O. Box 15521<br>Wilmington, DE 19850-5521 | Jitterbug Phone Service<br>c/o Great Call<br>12680 High Bluff Drive<br>San Diego, CA 92130-2004 | Lowndes County Tax Commissioner<br>300 N. Patterson Street<br>P.O. Box 1409<br>Valdosta, GA 31603-1409 |
| Merchants & Medical Adj<br>321 Main Street S<br>Tifton, GA 31794-4897 | National Credit Systems, Inc.<br>117 E. 24th St.<br>5th Floor<br>New York, NY 10010-2937 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Springleaf Financial Services, Inc.<br>2910 N ASHLEY ST STE I<br>VALDOSTA GA 31602-1789 | U.S. Trustee - MAC 13<br>440 Martin Luther King Jr. Boulevard<br>Suite 302<br>Macon, GA 31201-7987 | Nancy Armes<br>3486 Deerfield Lane<br>Valdosta, GA 31606-0645 |
| Thomas Carl Armes<br>3486 Deerfield Lane<br>Valdosta, GA 31606-0645 | Trustee Kristin Hurst<br>P.O. Box 1907<br>Columbus, GA 31902-1907 | William O. Woodall<br>Woodall and Woodall<br>P.O. Box 3335<br>1003 Patterson Street<br>Valdosta, GA 31601-3918 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Portfolio Recovery<br>120 Corporate Blvd<br>Ste 1<br>Norfolk, VA 23502 | (d)Portfolio Recovery Associates, LLC<br>c/o Capital One Bank, N.a.<br>POB 41067<br>Norfolk VA 23541 | End of Label Matrix<br>Mailable recipients    20<br>Bypassed recipients     0<br>Total                  20 |